IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02579-ZLW

WILLIE T. HAYES,

        Plaintiff,

v.

THE CORRECTIONS CORPORATION OF AMERICA (CCA),
A-UNIT MANAGER C. WILKINSON,
CORRECTIONAL OFFICER BETTY JEAN SPENCER,
K.C.C.C. WARDEN HOYT BRILL (Kit Carson Correctional Center),
K.C.C.C. ASST. WARDEN B. SLOAN,
K.C.C.C. SECURITY OFFICER N. DAVIS,
A.R. NURSE PRACTITIONER K. WILEY, and
MEDICAL SUPERVISOR STEGMAN,

        Defendants.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

        Plaintiff submitted a Notice of Appeal on April 17, 2006. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X    is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X    is not submitted
      ___  is missing affidavit
      ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
      ___  is missing required financial information
      ___  is missing an original signature by the prisoner

1

    \_\_    is not on proper form (must use the court's current form)
    \_\_    other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  19  day of       April       , 2006.

BY THE COURT:

*(signature)*

ZITA L. WEINSHIENK, Senior Judge
United States District Court